AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOSIER, R. KIMBALL | U.S.BANKRUPTCY COURT, DISTRICT OF UTAH | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | [ ] Nomination Date<br>[ ] Initial [✔] Annual [ ] Final<br>5b. [ ] Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
350 SOUTH MAIN STREET, ROOM 365
SALT LAKE CITY, UT 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✔] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Zions Bank | Credit Card/overdraft | J |
| 2. Bank of America | Credit Card | K |
| 3. American Express | Credit Card | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA FIDELITY ROLLOVER #1 | F | Int./Div. | L | T | | | | | |
| 2. -Fidelity Cash Reserve | | | | | Distributed | 1/4/12 | L | F | Client Distribution |
| 3. IRA- Met Life Variable Annuity Series #2 (Y) | | | | | | | | | |
| 4. IRA ROLLOVER FIDELITY #3 | E | Int./Div. | K | T | | | | | |
| 5. -DouibleLine Bond N | | | | | Sold (part) | 06/27/12 | J | | |
| 6. | | | | | Sold | 12/11/12 | J | C | |
| 7. -Fidelity Adv I New Insights | | | | | Sold | 03/14/12 | J | D | |
| 8. -Fidelity Select Technology | | | | | Sold (part) | 03/14/12 | J | | |
| 9. | | | | | Sold | 12/11/12 | J | B | |
| 10. -First Eagle A Global | | | | | Buy | 03/14/12 | J | | |
| 11. | | | | | Sold | 12/11/12 | J | A | |
| 12. -First Eagle Gold Fund | | | | | Sold (part) | 03/14/12 | J | | |
| 13. | | | | | Sold | 12/11/12 | J | B | |
| 14. -Grandeur Peak Gbl Oppty- Inv. | | | | | Buy | 3/14/12 | J | | |
| 15. | | | | | Sold | 12/11/12 | J | C | |
| 16. -IVA A Worldwide | | | | | Sold | 03/14/12 | J | D | |
| 17. -iShares S&P MidCAP 400 Growth Index | | | | | Buy | 3/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/11/12 | J | B | |
| 19. -iShares S&P 500 Growth Index | | | | | Buy | 3/14/12 | J | | |
| 20. | | | | | Sold | 12/11/12 | J | D | |
| 21. -iShares Dow Jones Select Dividend Index | | | | | Buy | 3/14/12 | J | | |
| 22. | | | | | Sold | 12/11/12 | J | C | |
| 23. -John Hancock A Core High Yield | | | | | Buy | 5/23/12 | J | | |
| 24. | | | | | Sold (part) | 08/28/12 | J | | |
| 25. | | | | | Sold | 12/11/12 | J | B | |
| 26. -John Hancock A Global Opportunity | | | | | Sold | 05/23/12 | J | B | |
| 27. -JPMorgan Alerian | | | | | Sold (part) | 03/14/12 | J | | |
| 28. | | | | | Sold (part) | 09/12/12 | J | | |
| 29. | | | | | Sold | 12/11/12 | J | B | |
| 30. -JP Morgan A Highbridge Dynamic Commodity Strat | | | | | Sold | 03/14/12 | J | C | |
| 31. -Loomis Sayles Bond Retail | | | | | Buy (add'l) | 03/14/12 | J | | |
| 32. | | | | | Sold | 12/11/12 | J | C | |
| 33. -Lord Abbett A Short Duration Inc. | | | | | Sold | 12/18/12 | J | A | |
| 34. -Lord Abbett A Value Opportunities | | | | | Sold | 03/14/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Nuveen A Preferred Securities | | | | | Sold (part) | 06/27/12 | J | | |
| 36. | | | | | Sold | 12/11/12 | J | B | |
| 37.  -Oppenheimer Dv. | | | | | Sold | 12/11/12 | J | C | |
| 38.  -Putnam A Equity Spectrum | | | | | Sold (part) | 03/14/12 | J | | |
| 39. | | | | | Sold | 12/11/12 | J | B | |
| 40.  -Templeton A Global Bond | | | | | Sold | 3/14/12 | J | C | |
| 41.  -Wasatch Emerging Mkts Small Cap | | | | | Sold | 12/11/12 | J | B | |
| 42.  -Wasatch Global Opportunities | | | | | Sold | 03/14/12 | J | D | |
| 43.  -Yacktman Focused Fund | | | | | Sold | 03/14/12 | J | D | |
| 44.  -Fidelity Cash Reserves | | | | | Buy (add'l) | 1/30/12 | J | | |
| 45. | | | | | Sold (part) | 01/30/12 | J | | |
| 46. | | | | | Sold (part) | 01/31/12 | J | | |
| 47. | | | | | Buy | 3/14/12 | K | | |
| 48. | | | | | Sold (part) | 3/19/12 | K | | |
| 49. | | | | | Sold (part) | 04/05/12 | K | | |
| 50. | | | | | Buy (add'l) | 5/30/12 | J | | |
| 51. | | | | | Sold (part) | 06/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 53. | | | | | Sold (part) | 07/02/12 | J | | |
| 54. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 55. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 56. | | | | | Sold (part) | 09/04/12 | J | | |
| 57. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 58. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 59. | | | | | Sold (part) | 09/19/12 | J | | |
| 60. | | | | | Buy (add'l) | 12/12/12 | K | | |
| 61. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 62. -Fidelity Cash Fund | | | | | Buy | 1/3/12 | J | | |
| 63. | | | | | Sold (part) | 1/30/12 | J | | |
| 64. | | | | | Distributed (part) | 1/31/12 | J | C | Client Distribution |
| 65. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 66. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 67. | | | | | Sold (part) | 03/14/12 | J | | |
| 68. | | | | | Sold (part) | 03/15/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/19/12 | K | | |
| 70. | | | | | Buy (add'l) | 4/5/12 | K | | |
| 71. | | | | | Distributed (part) | 04/05/12 | K | E | Client Distribution |
| 72. | | | | | Buy (add'l) | 05/23/12 | J | | |
| 73. | | | | | Sold (part) | 05/23/12 | J | | |
| 74. | | | | | Sold (part) | 05/29/12 | J | | |
| 75. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 76. | | | | | Distributed (part) | 06/04/12 | J | B | Client Distribution |
| 77. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 78. | | | | | Sold (part) | 06/28/12 | J | | |
| 79. | | | | | Buy (add'l) | 07/02/12 | J | | |
| 80. | | | | | Distributed (part) | 07/02/12 | J | C | C lient Distribution |
| 81. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 82. | | | | | Sold (part) | 08/29/12 | J | | |
| 83. | | | | | Distributed (part) | 09/04/12 | J | C | Client Distribution |
| 84. | | | | | Sold (part) | 09/13/12 | J | | |
| 85. | | | | | Sold (part) | 09/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/19/12 | J | | |
| 87. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 88. | | | | | Sold (part) | 12/14/12 | J | | |
| 89. | | | | | Distributed (part) | 12/14/12 | J | D | Client Distribution |
| 90. Fidelity (ROTH) #4 | A | Int./Div. | J | T | | | | | |
| 91. -Fidelity Cash Reserves | | | | | Buy (add'l) | 03/15/12 | J | | |
| 92. | | | | | Sold (part) | 03/19/12 | J | | |
| 93. -Fidelity Cash Fund | | | | | Buy | 01/03/12 | J | | |
| 94. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 95. | | | | | Sold (part) | 03/15/12 | J | | |
| 96. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 97. | | | | | Sold | 12/31/12 | J | A | |
| 98. -Steelpath A Sel 40 | | | | | Sold | 03/14/12 | J | A | |
| 99. -Doubleline N. Bond | | | | | | | | | |
| 100. -Wasatch Global Opportunities | | | | | Sold | 03/14/12 | J | A | |
| 101. -Grandeur Peak Gbl Oppty | | | | | Buy | 03/14/12 | J | | |
| 102. -IVA A Worldwide | | | | | Sold | 03/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Nuveen A Preferred Securities | | | | | Buy | 03/14/12 | J | | |
| 104. -iShares S&P 500 Growth Index | | | | | Buy | 03/14/12 | J | | |
| 105. -iShasres S&P MidCap 400 Growth Index | | | | | Buy | 03/14/12 | J | | |
| 106. -Shares Dow Jones Select Dividend Index | | | | | Buy | 03/14/12 | J | | |
| 107. -John Hancock A. Global Opportunity | | | | | Sold | 05/23/12 | J | A | |
| 108. -John Hancock A. High Yield | | | | | | | | | |
| 109. -Lord Abbett A Value Opportunities | | | | | Sold | 03/14/12 | J | A | |
| 110. -Lord Abbett A Short Duration, Inc. | | | | | | | | | |
| 111. -Loomis Sayles Bond Retail | | | | | Buy | 03/14/12 | J | | |
| 112. -Fidelity Adv. I New Insights | | | | | Sold | 03/14/12 | J | B | |
| 113. -First Eagle A Gold Fund | | | | | | | | | |
| 114. -First Eagle Global | | | | | Buy | 03/14/12 | J | | |
| 115. -Templeton A Global Bond | | | | | Sold | 03/14/12 | J | A | |
| 116. -Oppenheimer A Developing Markets | | | | | | | | | |
| 117. -Yacktman Fund | | | | | Sold | 03/14/12 | J | B | |
| 118. -Putnam A Equity Spectrum | | | | | | | | | |
| 119. -Wasatch Emerging Mkts Small Cap | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. –Lord Abbett A Short Duration, Inc.(Y) | | | | | | | | | |
| 121. –Fidelity Select Technology | | | | | | | | | |
| 122. –JP Morgan A Highbridge Dynamic Commodity Strait | | | | | Sold | 03/14/12 | J | A | |
| 123. CM Life Insurance Company #2 | A | Int./Div. | | | Sold | 01/16/12 | J | D | |
| 124. State Farm Insurance | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII/Investments and Trusts - Line 120 is a duplicate of Line 120

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **R. KIMBALL MOSIER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544